

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Qbeaunae Lasheena BEVERLY (D1),<br>Renia Evangelia ROSS (D2),<br><br>Defendant(s). | Magistrate Case No. **21-MJ-4913**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about December 16, 2021, within the Southern District of California, Defendant(s), Qbeaunae Lasheena BEVERLY (D1) and Renia Evangelia ROSS (D2), with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Maria Mercedes MATEO Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 17th of December 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Maria Mercedes MATEO-Cruz, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On December 16, 2021, at approximately 9:27 p.m., Defendant, Qbeaunae Lasheena BEVERLY (D1), a United States citizen, applied for admission into the United States from Mexico through the San Ysidro, California Port of Entry as the driver of a Ford Taurus, bearing California license plates. Accompanying D1 was passenger, Renia Evangelina ROSS (D2), a United States citizen. Upon inspection before a United States Customs and Border Protection (CBP) Officer, D1 stated they were going to Palmdale, California with nothing to declare from Mexico. The CBPO conducted an inspection of the vehicle's trunk and noticed modifications to the trunk's wall. The CBPO referred the vehicle to secondary for further inspection.

In secondary, a CBPO scanned the vehicle with an x-ray device known as the Z-Portal and advised nearby officers of anomalies between the trunk area and the rear backseat rest. CBPO responded and conducted a search of the rear backrest seat and discovered an individual hiding in a non-factory compartment located between the trunk and the backseat rest. CBP Officers assisted and extracted a lone female from the compartment. The female found within was later identified as Maria Mercedes MATEO-Cruz, (Material Witness), a citizen and national of Mexico with no entitlements to enter, reside or pass through the United States, and is now held as a Material Witness.

D1 was advised of her Miranda rights and elected to give a statement. D1 stated that she went to Mexico for a dentist appointment in company of her sister. D1 stated that after the appointment, they traveled to Rosarito Beach for tourism and sightseeing. D1 stated that she is the owner of the vehicle but has not registered it under her name with the Department of Motor Vehicles. D1 stated that she had no knowledge of the concealed person inside the vehicle.

During a video-recorded interview, the Material Witness admitted she is a citizen of Mexico without documents to enter the United States. Material Witness stated that her aunt made arrangement for her to be smuggled into the United States. The Material Witness said she was going to pay an unknown amount to be smuggled into the United States and was going to Los Angeles, California.